No. 98–7989.  HIGGASON *v.* SHROYER ET AL.  C. A. 7th Cir. Certiorari denied.

No. 98–7992.  FORD *v.* HANKS, SUPERINTENDENT, WABASH VALLEY CORRECTIONAL FACILITY.  C. A. 7th Cir.  Certiorari denied.

No. 98–7994.  DELBOSQUE *v.* MORGAN.  C. A. 9th Cir.  Certiorari denied.

No. 98–8012.  WARE *v.* VIRGINIA.  Sup. Ct. Va.  Certiorari denied.

No. 98–8013.  THOMAS *v.* BORG.  C. A. 9th Cir.  Certiorari denied.

No. 98–8014.  WEBB *v.* HUNT, GOVERNOR OF NORTH CAROLINA, ET AL.  C. A. 4th Cir.  Certiorari denied.

No. 98–8022.  BEATTY *v.* CHARKRAVORTY ET AL.  C. A. 2d Cir. Certiorari denied.

No. 98–8023.  AMURA, AKA JOHNSON *v.* CALIFORNIA.  Sup. Ct. Cal.  Certiorari denied.

No. 98–8024.  CHRISTIAN *v.* AHITOW, WARDEN.  C. A. 7th Cir. Certiorari denied.

No. 98–8025.  BENFORD *v.* ILLINOIS.  App. Ct. Ill., 1st Dist. Certiorari denied.

No. 98–8050.  GRAY *v.* MISSISSIPPI.  Sup. Ct. Miss.  Certiorari denied.

No. 98–8116.  BIRO *v.* PAGE, WARDEN.  C. A. 7th Cir.  Certiorari denied.

No. 98–8117.  ANDUHA *v.* MARSHALL, WARDEN, ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 98–8144.  CARBIN *v.* MISSISSIPPI ET AL.  C. A. 5th Cir. Certiorari denied.

No. 98–8148.  SIDLES *v.* SUTER, CLERK, SUPREME COURT OF THE UNITED STATES, ET AL.  C. A. D. C. Cir.  Certiorari denied.